UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_____ DIVISION

Elnora Delciel )
10501 Running Cedar )
W Apt 204 )
Fredericksburg VA 22407 )
(Enter the full name of the Plaintiff[s] in this action) )
)
vs. )
)
Sarah Goodman L. )
Clayton A. Blankenfeld )
Brandon J. Blankenfeld )
Kenneth Alexander )
Brian M. Dupree )
(Enter the full name of ALL Defendant[s] in this )
action. Fed. R. Civ. P. 10(a) requires that the )
caption of the complaint include the names of all )
the parties. Merely listing one party and "et al." is )
insufficient. Please attach additional sheets if )
necessary.) )
)

Burger King LLC,

5:22-CV-5052

Case No. ~~2020 5033~~
(To be assigned by
Clerk of District Court)

Ralph. W. Housh
Terry Tripp
Gary. L. Woodward
Kenneth Wells
Mattie M. Carpenter
   Matt
Beth M. Huddleston
Shirley Schmidt

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

Burger King LLC, Mgts, employee What they all did too me Sir, I feel they need to paid for what they did to me and not get away what they did Sir, you do a crime and you need to service the time what you did to a human and that person have a hArd time to find out why it happen and what they did should not had happen at all. From Burger King LLC Staff.

1

DSD 12-12

II. Plaintiff, Elnora Delia Delcid ED resides at 10501 Running Cedar Lane Apt 204
(street address)
Fredericksburg,
(city)                    (county)
VA      22407     540 287-6865
(state)  (zip)   (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

Elnora Delcid
Lavette     605-209-5077
Lavette Ceil Gati Daughter
Rapid City   SD   57701
Gaby's Facebook  Canda,

III. Defendant, Burger King U resides at, or its business is located at
2110 LA Crosse Street
(street address)
Rapid City, SD  57701
(city)            (county)
605-348-2448
(state)  (zip)   (telephone number)

(If more than one defendant, provide the same information for each defendant below)

Ralph W. Housh  mgts,
Matt Carpenter  mgts,
Brian M. Dupree  mgts,
Clayton A. Blankenfeld  mgts,
Brandon J. Blankenfeld  mgts,
Terry Tripp  employee
Gary L. Woodward  employee
Kenneth Wells, Alexander employee
Beth M. Huddleston  employee
Sarah L. Goodman  employee
Shirley Schmidt

2

COPY

32J-2017-00054, Delcid v. Cave Enterprise Operations
CP Interview Notes, 3/13/18

Went over R response with CP. CP says she was never late. Can talk to the customers, was always early or on time. CP says she talked to the police because someone hit her in the bathroom. Manager came in to the bathroom when she was in the women's bathroom and called her a bitch and had his hand on her chest. He told her not to call him a "gay" and CP told him not to call her a bitch. Had his hand on her chest.

→ Terry, coworker, was there when they came out and he saw it. Mattie was the person who did this, he assaulted her two times. Had previously been in jail for assault. Called her a bitch and was talking about race. Talked to his supervisor and to Ralph, he said he would get to the bottom of it. Mattie had a filthy mouth. They had talked to him before because he cussed in his face.

First complained to Ralph and he just laughed. He heard Mattie cussing. Then talked to Ralph's manager, doesn't know his name. Said he would get on Ralph about it. Terry also saw him do it.

Did it to others too. To Beth, her phone number is in the papers she sent. She also had problems with him. Called her bad names, called her mental, a whore. Was rude. They pulled Ralph into the office and he was cussing in front of a customer. They told him to watch what he says.

Ralph cussed at her. Had a girlfriend at home. He also had his hands on her. An employee put his hands on her. Sara told Brian about this. Gary, Terry, Mattie, Clay, and Ralph put their hands on her and were feeling on her. They didn't do anything about it. Just laughed about it. They did this to Beth too and no one would believe her.

Mattie put his hands on her and came in and had his hands on her chest. Told him don't do that and kept doing it. Told him not to disrespect her. Terry was there and he was still doing it then. A customer told Mattie not to do that, told Clay the same thing. Clay was touching on her and Clay liked her. Had a girlfriend and a wife and children and others were trying to set her up with him, Brian, Ralph. Told him to cut it out.

On day she was terminated, Mattie just said to get the f out and was threatening her. He came to where she lives and was threatening her, Clay and Mattie were.

Was the same harassment towards Navette's daughter. Navette told her about it, that they were feeling on her. Told them to cut it out. Said that the only way she would get hours is if she had sex with them. Ralph and Clay told her this. That that was the only way to get hours. They told this to CP too. Navette said her daughter told her this. Navette's phone is 605-209-5077. Daughter worked there two months. Did the same thing to her. Came home upset every day

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

"Terry Tripp - coworker was there when they came out and he saw it all, what "Matt" had did to her in the bedroom and was still hitting on her come out the bedroom Matt was call name "bitch" "whore" and more, racist name as well by telling me to leave Burger King LLC," "Matt Carpenter was the person who did this, he assaulted battery me and try to rape me and the bedroom and RL my shirt to while he was fight me in the bedroom while im cleaning it, And he did so call me out a Racist name "Matt Carpenter" "carpenter" And I told him to take your hand off my chest He said No then keep on pulling on me and hitting me and I said stop ✓ calling the police then I Ram and call the police and nobody show up at all, got home, call again still no police officer at all.

V. Relief (State briefly and exactly what you want the Court to do for you.)

To make them pay what they did to me, and they also send me papers saying they will give me money for the case, and a copy to the EEOC office as well too. Both of the lawyers said as well on paper. I feel it need to be right by law for them to get what they did to me.

VI. **MONEY DAMAGES:**

   A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

   YES [✓]    NO [ ]

   B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

   Yes I believe they owe me that money because it was on proper work and I know that they should paid me what they did to me all of them, most Employee and the police dept

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time? my Appartment was break in 7 time stolen the papers that had something to do with the court. more papers are get YES [✓]  NO [ ] stolen out of my Apartment with this case.

VIII. Are you requesting a Jury Trial?

   YES [ ]    NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20__

5/11/2022

Elnora Delcid
10501 Running Cedar W
Fredericksburg VA 22407
Apt 204

Signature of Plaintiff[s]

4

DSD 12-12

You must serve each defendant or their counsel with a copy of every pleading, letter or other document submitted to the Court for consideration. The original of the document you are filing should include a Certificate of Service at the end of the document.

The **Certificate of Service** portion of your document should be in the following form:

### Certificate of Service

I hereby certify that a copy of the foregoing document was mailed this _<u>11</u>_ day of (month), (year), to:   _<u>May</u>_   _<u>2022</u>_

    Name: _____
    Address: _____
        (Attorney for Defendant)

_<u>Delcid Elnora</u>_
(Your Signature)

### CHANGE OF ADDRESS

To ensure prompt delivery of court documents, you must inform the Court of any change of address. Failure to do so will prevent the Court from notifying you of developments in your case and may result in dismissal of your action.

ATTN: Matthew

RICHMOND VA 230
25 MAY 2022 PM 3 L

United States District Court
District of South Dakota
Office of the Clerk Rm 128
Federal Building U.S. Courthouse
Sioux Falls South Dakota 571046851

10501 Running Cedar W Apt 204
Fredericksburg VA 22407

X-RAYED BY SOUTH DAKOTA CSO